# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **THOMAS WESLEY SALYERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12CV00014 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By: James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed August 23, 2013, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1.  The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.  The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3.  The final decision of the Commissioner is AFFIRMED; and

4.  This case is closed.

ENTER: September 12, 2013

/s/ James P. Jones
United States District Judge